**Order entered September 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00852-CR

**EARNEST E. STARNES III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1220976-V**

## ORDER

The Court **GRANTS** the State's second motion for extension of time to file the State's brief.

We **ORDER** the Clerk of the Court to file the State's brief tendered as of the date of this order.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE